RECTOR, ETC., CHURCH OF TRANSFIGURATION, Respondent, v. RECTOR, ETC., ST. STEPHENS P. E. CHURCH, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by the rector, etc., of Church of the Transfig-

uration against the rector, etc., of St. Stephens P. E. Church. A. O. Townsend, for appellant. F. Beltz, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.